UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DEBORAH DIRCKX-NORRIS et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:06CV1533 CDP |
| SUNRISE SENIOR LIVING INVESTMENTS, INC. et al., | ) ) ) ) | |
| Defendants. | ) | |

# **MEMORANDUM AND ORDER**

Defendants Sunrise Senior Living Investments, Inc. and Sunrise Senior Living Management, Inc. removed this case from state court on October 19, 2006. A cursory review of the Notice of Removal shows that defendants did not properly allege the citizenship of the plaintiffs, and so diversity of citizenship does not appear on the pleadings.

The notice of removal states that plaintiff Christopher P. Dirckx is not a citizen or resident of the State of Missouri. The notice also states that both corporate defendants are incorporated and have their principal places of business in the state of Virginia. This is a court of limited jurisdiction. To exercise jurisdiction over this case I need to know that diversity of citizenship exists between the parties. Until I know the citizenship of plaintiff Christopher Dirckx,

federal court jurisdiction cannot be determined.

Accordingly,

**IT IS HEREBY ORDERED** that the removing defendants shall correct the deficiency in its removal notice no later than **November 27, 2006**, or this case will be summarily remanded to state court.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of November, 2006.