UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEBORAH DIRCKX-NORRIS et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 4:06CV1533 CDP<br>) |
| SUNRISE SENIOR LIVING INVESTMENTS, INC. et al., | )<br>)<br>) |
| Defendants. | ) |

## ORDER

As discussed in the hearing held today,

**IT IS HEREBY ORDERED** that plaintiffs' motion for leave to file third-amended complaint [#22] is GRANTED and the third-amended complaint is deemed filed this date.

**IT IS FURTHER ORDERED** that plaintiffs' motion to remand case to state court [#11] is GRANTED and the Clerk of Court is directed to REMAND this case to the Circuit Court of St. Louis County, Missouri.

**IT IS FINALLY ORDERED** that plaintiffs' motions for leave to amend complaint [#9] and for leave to file second-amended complaint [#14] are DENIED as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of December, 2006.